IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRIS DENSMORE,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br><br>Case No. 2:08-CR-370 TS |

This matter is before the Court for consideration of Defendant's Motion for Early Termination of Supervised Release.[1]  For the reasons discussed below, the Court will grant Defendant's Motion.

I.  BACKGROUND

Defendant was indicted on June 11, 2008, on two counts of bank fraud, in violation of 18 U.S.C. § 1344, and one count of knowingly possessing and using a means of identification of another person, in violation of 18 U.S.C. § 1028A(a)(1).  Defendant pleaded guilty to Count I

---

[1] Docket No. 57.

1

and III of the Indictment.  Defendant was sentenced on July 8, 2009, to a period of 24 months in the custody of the Bureau of Prisons, to be followed by a 36-month term of supervised release. Defendant now moves to terminate that supervision.  The Government makes no objection to Defendant's Motion.

Defendant has completed 33 months of supervision.  Defendant requests that he be released from the remaining 3 months of his supervision in order to relocate out of state with his family.  The relocation is necessitated by ongoing mental health issues of Defendant's oldest step-daughter.  Defendant has provided a letter from his wife detailing the reasons behind the upcoming move and supporting Defendant's request for early termination.  Consultation with Defendant's supervising officer confirms that Defendant has remained compliant with the terms of his supervised release.

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

III.  CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 57) is GRANTED.  It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED   March 7, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge